**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| HANNAH CHOBANIAN, individually and on behalf of all other similarly situated Missouri citizens, | )<br>)<br>)<br>) |
| Plaintiff, | )  No. 4:20-cv-01017-JAR |
| v. | )<br>) |
| SFC GLOBAL SUPPLY CHAIN, INC., | )<br>) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hannah Chobanian hereby voluntarily dismisses this action without prejudice. Defendant has not filed an answer or a motion for summary judgment in this matter.

Dated: August 19, 2020                    Respectfully Submitted,

By:    */s/ Matthew H. Armstrong*
       Matthew H. Armstrong (MO 42803)
       ARMSTRONG LAW FIRM LLC
       8816 Manchester Rd. No. 109
       St. Louis MO 631444
       Tel:    314-258-0212
       Email: matt@mattarmstronglaw.com

*Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

                                    */s/ Matthew H. Armstrong*
                                    Matthew H. Armstrong