## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| HANNAH CHOBANIAN, individually and on behalf of all other similarly situated Missouri citizens, </br></br>Plaintiff, </br></br>v. </br></br>SFC GLOBAL SUPPLY CHAIN, INC., </br></br>Defendant. | No. 4:20-cv-01017-JAR |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hannah Chobanian hereby voluntarily dismisses this action without prejudice. Defendant has not filed an answer or a motion for summary judgment in this matter.

Dated: August 19, 2020            Respectfully Submitted,

By:   /s/ Matthew H. Armstrong
Matthew H. Armstrong (MO 42803)
ARMSTRONG LAW FIRM LLC
8816 Manchester Rd. No. 109
St. Louis MO 631444
Tel:   314-258-0212
Email: matt@mattarmstronglaw.com

*Attorneys for Plaintiffs and the Putative Class*

So Ordered
John A. Ross
8/20/2020     Page 1 of 2